

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00170-CV

Debra **LISKA**, Individually and in Her Capacity as the Executrix of the Estate of Eugene J. Dworaczyk, Deceased; Mark A. Williamson; and Stephen J. Williamson,
Appellants

v.

Patricia **DWORACZYK**; Anthony L. Dworaczyk, Jr.; Kellie Ann Dworaczyk; Patrick Dworaczyk; Jaqueline Leavy; Kayla Jendrusch; and Edward Jendrusch, III,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 20-09-00165CVK
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Appellees' brief originally was due on June 30, 2022. Appellees have received one extension until July 29, 2022. On July 28, 2022, appellees filed an unopposed second motion requesting an extension until August 12, 2022. The motion is GRANTED, and appellees are ORDERED to file their brief **no later than August 12, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court